# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17-00274-CR-W-GAF |
| | ) | |
| ELBERT J. HOLLY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Now before the Court is defendant's motion to suppress evidence (Doc. 54). Defendant seeks to suppress all evidence and testimony related to the evidence obtained as a result of the search and seizure of his person and his vehicle.

On March 2, 2018, Chief United States Magistrate Judge Matt W. Whitworth conducted an evidentiary hearing on defendant's motion and on July 9, 2018, Judge Whitworth conducted a supplemental hearing on defendant's motion. On November 14, 2018, Judge Whitworth issued his Report and Recommendation (Doc. 54). Defendant filed his Objections to the Report and Recommendation (Doc. 59) on December 13, 2018.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Matt W. Whitworth. Accordingly, it is hereby

ORDERED that defendant's motion to suppress evidence (Doc. 22) is DENIED.

                 s/ Gary A. Fenner
                 GARY A. FENNER, JUDGE
                 UNITED STATES DISTRICT COURT

DATED: December 13, 2018